COMMONWEALTH of Pennsylvania,
Respondent

v.

Dallas Ray VAVRA, Petitioner

No. 712 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal and Application for Leave to File an Amendment are **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jamir WILLIAMS, Petitioner

No. 783 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Wendell LONG, Petitioner

v.

Kenneth D. KYLER, Respondent

No. 697 MAL 2016

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.